David L. Miller, Bar No. 3736  
Chapter 7 Trustee  
PO Box 9  
Farmington, UT 84025-0009  
Telephone: (801) 447-8777  
Facsimile: (801) 447-8834  
E-mail: davidlmillerpc@msn.com  
    Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH – NORTHERN DIVISION

| In re: | |
|---|---|
| LESLIE A. NIELSON, | Bankruptcy No. 09-22715 |
|  | (Chapter 7) |
| Debtor(s) | Judge Joel T. Marker |



## DEPOSIT OF UNCLAIMED FUNDS

David L. Miller, the duly-appointed and acting Chapter 7 Trustee of the above named debtor represents to the Court that:

   ___ A    The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the Trustee, and the Trustee stopped payment on or voided said check(s), and/or

   ✔ B    The check listed below represents a small dividend payable to the court pursuant to Bankruptcy Rule 3010.

| CHECK # | CREDITOR & ADDRESS (LAST KNOWN) | CHECK AMT. |
|---|---|---|
|  | Knight Adjustment Bureau<br>404 East 4500 South #A-34<br>Salt Lake City, UT 84107 | $1.44 |
|  | Mountainland Collections<br>PO Box 1280<br>American Fork, UT 84003 | $4.78 |
|  | Rjm Acq LLC<br>Crafters Choice Book Club<br>575 Underhill Blvd. Ste 224<br>Syosset, NY 11791 | $2.17 |



| | |
|---|---:|
| Accelerated Receivables<br>3219 Atlantic Blvd.<br>Jacksonville, FL 32207 | $1.59 |
| Accelerated Receivables<br>3219 Atlantic Blvd.<br>Jacksonville, FL 32207 | $1.89 |
| Club Heights Elementary<br>c/o Bonneville Collections<br>PO Box 150621<br>Ogden, UT 84415 | $3.48 |

A check in the amount of $15.35 representing said funds is payable to the United States Bankruptcy Court, and is attached hereto.

DATED this 24 day of November, 2010

DAVID L. MILLER
Chapter 7 Trustee