David L. Miller, Bar No. 3736
Chapter 7 Trustee
PO Box 9
Farmington, UT 84025-0009
Telephone: (801) 447-8777
Facsimile: (801) 447-8834
E-mail: davidlmillerpc@msn.com
       Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH – NORTHERN DIVISION

| In re: | |
|---|---|
| LESLIE A. NIELSON, | Bankruptcy No. 09-22715 (Chapter 7) |
| Debtor(s) | Judge Joel T. Marker |

## DEPOSIT OF UNCLAIMED FUNDS

David L. Miller, the duly-appointed and acting Chapter 7 Trustee of the above named debtor represents to the Court that:

   ✔ A      The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the Trustee, and the Trustee stopped payment on or voided said check(s), and/or

   ___ B     The check listed below represents a small dividend payable to the court pursuant to Bankruptcy Rule 3010.

| CHECK # | CREDITOR & ADDRESS (LAST KNOWN) | CHECK AMT. |
|---|---|---|
| | Source Solutions LLC<br>2244 University Park Blv<br>Layton, UT 84041 | $0.44 |
| | Easy Money<br>4066 Riverdale Rd.<br>Ogden, UT 84405 | $1.01 |
| | Department Stores National Bank/Macy's<br>Tsys Dept Mgmt Inc.,<br>PO Box 137<br>Columbus, GA 31902-0137 | $0.57 |



| | |
|---|---|
| Check City<br>PO Box 970183<br>Orem, UT 84097 | $0.36 |
| Express Rcvy<br>PO Box 26415<br>Salt Lake City, UT 84126 | $0.29 |
| Knight Adjustment Bureau<br>404 East 4500 South #A-34<br>Salt Lake City, UT 84107 | $0.04 |
| T-Mobile USA Inc.<br>Attn: Bankruptcy Dept.<br>PO Box 53410<br>Bellevue, WA 98015-3410 | $0.91 |
| Mountain America CU<br>735 S. State St.<br>Salt Lake City, UT 84111 | $0.81 |
| Mountain America CU<br>735 S. State St.<br>Salt Lake City, UT 84111 | $1.08 |
| Mountainland Collections<br>PO Box 1280<br>American Fork, UT 84003 | $0.16 |
| Fourscore Resource Capital LLC<br>c/o Jefferson Capital Systems LLC<br>PO Box 7999 | $2.01 |
| PRA Receivables Management, LLC as agent for<br>HSBC Bank Nevada, N.A.<br>PO Box 12907<br>Norfolk, VA 23541 | $0.89 |
| Rjm Acq LLC<br>Crafters Choice Book Club<br>575 Underhill Blvd. Ste 224<br>Syosset, NY 11791 | $0.07 |

| | |
|---|---:|
| Hospital Corporation of America<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | $0.44 |
| Capital One Bank (USA), N.A.<br>C/o TSYS Debt Management<br>PO Box 5155<br>Norcross, GA 30091 | $1.20 |
| Accelerated Receivables Management, Inc.<br>3219 Atlantic Blvd.<br>Jacksonville, FL 32207 | $0.05 |
| Accelerated Receivables Management, Inc.<br>3219 Atlantic Blvd.<br>Jacksonville, FL 32207 | $0.06 |
| Mountainland Collections<br>PO Box 1280<br>American Fork, UT 84003 | $0.37 |
| Bonneville Collections<br>PO Box 150621<br>Ogden, UT 84415 | $2.13 |
| Club Heights Elementary<br>c/o Bonneville Collections<br>PO Box 150621<br>Ogden, UT 84415 | $0.11 |
| Metabank-Fingerhut<br>6250 Ridgewood Rd<br>Cloud, MN 56303 | $0.23 |

A check in the amount of $13.23 representing said funds is payable to the United States Bankruptcy Court, and is attached hereto.

DATED this _6_ day of December, 2010

DAVID L. MILLER
Chapter 7 Trustee